# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1915

_____

Flora J. Moseley Smith,

      Appellant,

v.

Chase Manhattan Mortgage
Corporation,

      Appellee.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the Western
\*  District of Arkansas.
\*
\*  [UNPUBLISHED]
\*
\*

_____

Submitted:  March 12, 2007
Filed:  March 22, 2007

_____

Before RILEY, BOWMAN, and ARNOLD, Circuit Judges.

_____

PER CURIAM.

Plaintiff below claimed that a mortgage lender violated the Real Estate Settlement Procedure Act (RESPA), 12 U.S.C. § 2605(e)(2)(c)(i), by charging her a $5.00 fee for faxing her a payoff statement when she requested it.  The district court[1] granted summary judgment to the lender and plaintiff appealed.  This case is controlled by *Watt v. GMAC Mortgage Corp.*, 457 F.3d 781 (8th Cir. 2006), and

_____

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.

*Curran v. Washington Mut. Bank*, 471 F.3d 857 (8th Cir. 2006) (per curiam), where we rejected an identical claim, and we therefore reject the claim here.

We decline to address plaintiff's claim that even if a lender can charge fees in the present circumstances, such fees must be reasonable, because the claim was raised on appeal for the first time. *See Watt*, 457 F.3d at 784.

Affirmed.

_____